# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. **6:24-cr-03019-BCW-6** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DARON CORTEZ KELLY, | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

COMES NOW counsel for Defendant and respectfully moves this court to continue the above-captioned cause of action on the following grounds:

1. This case is scheduled for a Bond Hearing on July 9, 2024, at 2:30 PM.
2. Counsel for defendant will be out of state on July 9, 2024. Counsel has spoken with the Court and determined July 12, 2024 at 9:00 AM is acceptable for the Court and the parties.
3. This motion for continuance is not made for vexation or delay.

WHEREFORE, counsel for Defendant respectfully requests this Court to continue the above-captioned cause of action to July 12, 2024 at 9:00 AM.

## MOTION TO SHORTEN TIME

COMES NOW counsel for Defendant and moves this court to shorten the time for notice of hearing in the above cause.

Respectfully submitted,

/s/ *Michael A. Stanfield*

_____
Michael A Stanfield, Mo Bar # 59807
1720 N. Robberson Ave.
Springfield, MO 65803
Phone: (417) 812-5094
E-Mail: mike@stanfieldlawfirm.com
**ATTORNEY FOR DEFENDANT**